12-10-00402-CR



FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 27 2012

TYLER TEXAS
CATHY S. LUSK, CLERK



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1265-12

**JUAN HERNANDEZ-MORA, Appellant**

v.

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS SMITH COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

### O R D E R

The petition for discretionary review violates Rule of Appellate Procedure 68.4(i) because it does not contain a copy of the opinion of the court of appeals.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: December 19, 2012
Do Not Publish